FILED

2022 Apr-08  PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: 7:21-CR-304-LSC-SGC |
| vs. | ) | |
| | ) | |
| Dayquan A. Haley, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RESPONSE TO PRESENTENCE REPORT

COMES NOW, the Defendant in the above reference matter and in response to the pre-sentence report filed in this matter which show unto this Court as follows:

1. Counsel was provided a copy of the pre-sentence report on March 24, 2022.

2. Counsel has reviewed the pre-sentence report with the Defendant in this matter. The Defense has no objections to the content and material in the pre-sentence report. The Defense has no objection to the advisory guidelines as calculated by the probation office in the pre-sentence report.

Respectfully Submitted,

/s/  Donald L. Colee, Jr.
Donald L. Colee, Jr.
Attorney at Law

1275 Centerpoint Parkway
Suite 100
Birmingham, AL  35215
(205) 592-4332

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Defendant's Response to the Pre-sentence Report upon the Honorable Darius Green, Assistant United States Attorney through the CM/ECS System of the clerk of the United States District Court for the Northern District of Alabama on this the ___8___ day of April, 2022.


/s/  Donald L. Colee, Jr.
Donald L. Colee, Jr.