UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 7:21-CR-304-LSC-SGC |
| vs. ) | |
| ) | |
| Dayquan A. Haley, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S SENTENCING MEMORANDUM

COMES NOW, the Defendant in the above matter and files with this Court a sentencing memorandum. Haley believes there are several issues that are relevant to this court's consideration of an appropriate sentence in this cause. The advisory sentencing guidelines range of 18-24 months is a reasonable range for an appropriate sentence in this cause. Haley is a young man who was raised in a split household. Haley grew up in the Uniontown, Alabama area with his mother. Even though Uniontown is a rural area, it unfortunately has a large amount of drug activity. Haley saw that among all the people in his neighborhood. Seeing this activity led Haley to get involved in it himself. Fortunately, Haley did not become addicted to serious narcotics but did develop an almost daily use of marijuana during his late teens and later years.

Haley bounced back and forth from his mother and father who lived in Massachusetts. He never seemed to fit in at either place. Haley developed a relationship with certain persons in the Massachusetts area which led him to the criminal activity for which he has acknowledged guilt to this Court. In an effort to

obtain easy money, Haley found himself violating the law with his co-defendants in transporting firearms purchased in Alabama. Haley has come to recognize the seriousness of this offense and that his conduct endangered the lives of many.

Haley has acknowledged his guilt before this Court. Haley request that this Court sentence him to the low end guideline sentence of 18 months. Haley was arrested on October 26, 2021 in Massachusetts on the outstanding warrant in this case. He would ask that he receive credit towards his sentence from that date. Haley would request that any sentence he receive in this case run concurrently with the pending criminal charges against him in Lexington County, South Carolina, affidavit no. 2020A3210200530 and 2020235074128. These cases occurred on March 11, 2020 and involve conduct that is part of the instant offense for which Haley has pled guilty and now is being sentenced.

Since it is not clear whether Haley has a "valid high school diploma," he would request to be allowed to participate in GED classes in prison. He would also request any job skill classes that might be available to him at the facility he is designated. Finally, Haley would request that this Court recommend to the Bureau of Prisons he be placed in a facility as close as possible to the Boston, Massachusetts area. Counsel has attached a letter from Haley's fiancé and a friend for this Court's consideration.

Respectfully Submitted,

/s/ Donald L. Colee, Jr.
Donald L. Colee, Jr.
Attorney at Law
1275 Centerpoint Parkway
Suite 100
Birmingham, AL 35215
(205) 592-4332

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Defendant's Response to the Presentence Report upon the Honorable Darius Greene, Assistant United States Attorney through the CM/ECS System of the clerk of the United States District Court for the Northern District of Alabama on this the __12____ day of April, 2022.

/s/ Donald L. Colee, Jr.
Donald L. Colee, Jr.