Kristen Harris

121 Hutchings st

Boston, Ma 02121

April 10, 2021

Your honor,

My name is Kristen Harris. I am writing to urge leniency in the sentencing of my boyfriend Dayquan Haley. I have known Dayquan for 2 years. He and I are both aware of the gravity of the crime he was convicted of, though it is still hard for me to wrap my head around. . Dayquan has always been a hardworking man. I've seen him put in hours overnight, overtime and picking up extra shifts for coworker to not only be able to support himself but his family as well. He has been shown to be reliable and extremely caring helping me through my own issues, whether it's lending a helping hand or ear. He ha s set time aside to be a big brother to my younger brother helping him stay focused on his craft with art .

Through the few months that he has been incarcerated he has spoke highly of not only his family but his plan on making better life decisions to be able to contribute to his community in a positive way. One being taking the necessary steps in obtaining a career with Brick Mason.. Leading up to this sentencing day we are extremely optimistic that he will be able to show the change in him. I am hoping that you can consider this letter as a reasonable statement in his behalf. I want to thank you your honor for your time and attention to this matter.

sincerely

Ms. Kristen Harris

Amaya St. Brice

April 7th, 2022

When I first met Dayquan, as I like to call him, "Quan" I was seventeen years old. I was a junior in high school not knowing what I wanted to be, I just knew I wanted to go to college and try to make something of my life. I am now a junior in college studying at The University Of Massachusetts Boston to be a social worker. One thing I noticed about Quan, is he never kept me back from any of my studies no matter what ! I remember first meeting him and being so shy because I wasn't sure if he was going to like me. I also remember him sharing his food with me and me being greedy and eating most of it . That's when I knew that we were going to be ourselves around each other. I never thought I'd be this comfortable with someone so much so that I can pick my nose in front of him and he would just laugh and say I'm gross. He is so kind, gentle and sweet. He's just different . I knew my parents wanted me to date someone that was in college and had a plan of who they wanted to be in life and Quan didn't fit that description, only because he didn't attend college . Sometimes I felt that I didn't either because I knew I wanted to be in school but I didn't know what I wanted to do in it. That didn't stop me from giving him a chance. He was different. He wanted to better his life and he started doing that by working a lot. We'd have conversations about what he can do to better our life so our future can be bright. I never wanted to force school on him because I knew going to college has to be something you want to do instead of wasting time and money. Besides, I knew there were other things that

could've made him successful. He is a hard worker. He was never out of work and always kept himself busy. He took care of himself with no help , while I had help from both of my parents. Some days I didn't feel like going to class and he'd always encourage me to go and that's what I loved about him. Always kept me going. If there's one thing I loved the most about Quan, it's that he loves me very much. When it comes to money he was very cheap ! But when it came to me and his money he will do anything for me. He treated me like a princess. He even brought me my very first promise ring. I remember wishing to have one so bad because I knew deep down I deserved one. He also Took me out on my very first date. I did a lot of first things with him.

    I can go on and on about what a wonderful person he is but I'd like to talk about his mistakes. Quan is human and so am I so we made a lot of mistakes throughout our relationship that we both wish we could take back . We cried together , laughed together and shared many vulnerable things with each other. I love that he can learn from his mistakes once he makes them. I love how he tries. No one doesn't have to do anything they don't want to do but he always tries. No matter what life throws at him he always tries. I respect him not as my boyfriend but as a man as well. Even though we have different stories growing up, I see someone who could've had it worse. If I had one wish, I'd wish for him to get out of the mess he's in now, not because I love him but because I know deep down in my heart that he means well. I'm proud to have met a handsome young man and hope that he's able to live a way better life, one where we can sit down and plan out again. I would never wish for anyone else because he has my heart to the fullest and if there's one person I'd write a story about it would be him. I look up to him because of how hard he works. I know life isn't easy but he always Persevered through all his obstacles. I always wished to have his passion of grinding so hard to make ends meet. Through all his mistakes he has motivated me to be a better person and live that better life he always wanted. He

knew that it takes time to be where you want to be in life with the constant reminder of me telling him that . Everything just comes with patience. I love you quan and you'll always have my heart through the good and the bad and I forgive you if you feel like you owe me any apology because without forgiveness there is no future to move forward.